UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In RE

Federal Grand Jury 03-01 (Fl)

_____/

FILED by _____ D.C.

OCT 2 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

**AFFIDAVIT IN SUPPORT OF MOTION TO SEAL**

I, Linda Parry, Special Agent, Internal Revenue Service, having been duly sworn state as follows:

1. I am familiar with the facts and circumstances of the money laundering indictment against the defendant and the multi-agency ongoing investigation into other possible criminal activities by the defendant and other persons.

2. In addition to the indictment that has been returned against the defendant, the IRS and FBI have initiated related criminal investigations that are ongoing. These investigations concern possible violations of federal law, including obstruction of justice, money laundering and drug distribution, among other offenses. The defendant and other persons are targets of these investigations.

3. Furthermore, the defendant is also under active investigation for money laundering activities that may have occurred after the conduct charged in the indictment. These activities relate to the disposition of a certain portion of drug proceeds that the defendant retained as collateral as a consequence of the money laundering scheme set forth in the current indictment.



4. I am unaware of any facts that would indicate that the sealing of this indictment and the continuation of the aforementioned investigations would result in substantial, irreparable and actual prejudice to the defendant.

*[signature: Linda Parry]*
LINDA PARRY, SPECIAL AGENT
INTERNAL REVENUE SERVICE

Subscribed to and sworn before me this 28th day of October 2004.

*[signature: Barry Seltzer]*
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE