AUSAs J. Brian McCormick/Michael J. Dittoe/FBI S/A Christopher Derrickson & IRS S/A Linda Parry & S/A Ellen Burrows

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

SAMUEL I. BURSTYN

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 04-60279-CR-ZLOCH MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest __SAMUEL I. BURSTYN__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) Conspiracy to Commit Money Laundering

in violation of Title 18 United States Code, Section(s) 1956(h)

FILED by _____ D.C.
OCT 2 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD

CLARENCE MADDOX
Name of Issuing Officer

Teresa Pacer
Signature of Issuing Officer

Bail fixed at __Pre-trial Detention__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/28/04 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | INFORMATION COPY ONLY | |
| DATE OF ARREST | MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | |