UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE UNITED STATES OF AMERICA,

                      Case No. 04-60279-Cr-ZLOCH

      Plaintiff,

vs.              FT. LAUDERDALE, FLORIDA
                February 28, 2005

SAMUEL BURSTYN, et al.

      Defendants.



**TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE BARRY S. SELTZER,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

        UNITED STATES ATTORNEY'S OFFICE
        BY: MICHAEL DITTOE, A.U.S.A.
        BY: BRIAN McCORMICK, A.U.S.A
        500 East Broward Blvd, 7th floor
        Ft. Lauderdale, Florida 33324

FOR THE DEFENDANT:

        BIERMAN, SHOHAT LOEWY & PIZZI, P.A
        BY: EDWARD R. SHOHAT, ESQ.
        800 Brickell Avenue
        PH-2
        Miami, Florida 33131

REPORTED BY:    JERALD M. MEYERS, RPR-CM
                Miami, FL  33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

CASE # 04-60279 CR-ZLOCH



# "Do Not Scan or Copy This Transcript."

DE: # 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-60279-CR-ZLOCH

ATTACHMENT TO DOCKET ENTRY: #23

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (i.e. hand written, legal size, light print, etc.)
☐ SURETY BOND (original or letter of undertaking)

**PLEASE REFER TO COURT FILE**