UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60279-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         **ORDER TO SEAL**

SAMUEL I. BURSTYN,

    Defendant.
_____/



THIS MATTER is before the Court upon Plaintiff United States of America and Defendant Samuel I. Burstyns' Motion To Seal Joint Motion To Extend Defendant Burstyn's Reporting Date To The Bureau Of Prisons bearing the file stamp of the Clerk of the Court date March 27, 2006. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff United States of America and Defendant Samuel I. Burstyns' Motion To Seal Joint Motion To Extend Defendant Burstyn's Reporting Date To The Bureau Of Prisons bearing the file stamp of the Clerk of the Court date March 27, 2006 be and the same is hereby **GRANTED** as follows:

1. The Clerk of Court is hereby **DIRECTED** to file and maintain under seal Plaintiff United States and Defendant Samuel I. Burstyns' Motion To Seal Joint Motion To Extend Defendant Burstyn's Reporting Date To The Bureau Of Prisons and Joint Motion To Extend Defendant Burstyn's Reporting Date To The Bureau Of Prisons until

Friday, December 29, 2006 at which time said sealed Motion is to be unsealed and made part of the public record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of March, 2006.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

J. Brian McCormick, Esq., AUSA
Michael J. Dittoe, Esq., AUSA
For Plaintiff

Mark P. Schnapp, Esq.
For Defendant